**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

Paulo J. Fonseca Barbosa,
Petitioner

v. CA: 06-105T

Bruce Chadbourne, et al.,
Respondents

**ORDER DIRECTING GOVERNMENT TO RESPOND**

The Government is hereby ordered to file its response to the Plaintiff's "Motion Under 28 U.S.C. 2241 Writ of Habeas Corpus," on or before **April 15th, 2006.**

Entered as an Order of
this Court:

DEPUTY CLERK

SO ORDERED:

Ernest C. Torres
Chief Judge, US District Court

DATE: 3/10/06