**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

PAULO J. FONSECA BARBOSA, [A038586146], )
Petitioner )
)
v. ) C.A. No. 06-105T
)
BRUCE CHADBOURNE, INTERIM FIELD )
OFFICE DIRECTOR FOR DETENTION )
AND REMOVAL, BOSTON FIELD OFFICE, )
BUREAU OF IMMIGRATION AND )
AND CUSTOMS ENFORCEMENT; AND )
WAYNE SALISBURY, WARDEN OF )
DONALD W. WYATT DETENTION FACILITY, )
Respondents )

**SUGGESTION OF MOOTNESS**

Bruce Chadbourne, Field Office Director for Detention And Removal, Boston Field Office, and the Bureau of Immigration and Customs Enforcement (the Federal respondents), in response to the Court's Order Directing Government to Respond, assert that petitioner Paulo J. Fonseca Barbosa was released from custody under an Order of Supervision, which was acknowledged by petitioner on March 8, 2006. A copy of the Order of Supervision is attached hereto and incorporated herein.

As petitioner has already obtained the relief sought, the Federal respondents assert that his petition is moot and that it should be dismissed accordingly.

Respectfully submitted,

ROBERT CLARK CORRENTE
United States Attorney

ROBIN E. FEDER #3415
Assistant United States Attorney
Fleet Center, 8th Floor
50 Kennedy Plaza
Providence, RI 02903
(401) 709-5000
(401) 709-5001 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 24th day of March, 2006, a true and correct copy of the foregoing SUGGESTION OF MOOTNESS was served on Petitioner, by mailing same, by first-class mail, postage prepaid, to:

Paulo J. Fonseca Barbosa
95 Robinson Avenue
Pawtucket, RI 02861

Nancy A. DeQuinzio