U.S. Department of Justice
Immigration and Naturalization Service

# Order of Supervision

File No: A38 586 146

Date: March 02, 2006

Name: Paulo Jorge Fonseca BARBOSA

On 08/03/05 (Date of final order), you were ordered:

- ☐ Excluded or deported pursuant to proceedings commenced prior to April 1, 1997.
- ☒ Removed pursuant to proceedings commenced on or after April 1, 1997.

Because the Service has not effected your deportation or removal during the period prescribed by law, it is ordered that you be placed under supervision and permitted to be at large under the following conditions:

- ☒ That you appear in person at the time and place specified, upon each and every request of the Service, for identification and for deportation or removal.
- ☒ That upon request of the Service, you appear for medical or psychiatric examination at the expense of the United States Government.
- ☒ That you provide information under oath about your nationality, circumstances, habits, associations, and activities and such other information as the Service considers appropriate.
- ☒ That you do not travel outside BOSTON DISTRICT (Specify geographic limits, if any) for more than 48 hours without first having notified this Service office of the dates and places of such proposed travel.
- ☒ That you furnish written notice to this Service office of any change of residence or employment within 48 hours of such change.
- ☒ That you report in person on the 04/20/06 at 9:00AM to this Service office at: JFK FEDERAL BUILDING, 17TH FLOOR, BOSTON, MA ~~unless you are granted written permission to report on another date.~~
- ☒ That you assist the Immigration and Naturalization Service in obtaining any necessary travel documents.
- ☐ Other:
- ☐ See attached sheet containing other specified conditions (Continue on separate sheet if required)

(617) 565-3304

(Signature of INS official)

LOUIS A. MAHAR D.O.

(Print name and title of INS official)

## Alien's Acknowledgment of Conditions of Release under an Order of Supervision

I hereby acknowledge that I have (read) (had interpreted and explained to me in the ______ language) the contents of this order, a copy of which has been given to me. I understand that failure to comply with the terms of this order may subject me to a fine, detention, or prosecution.

(Signature of INS official serving order) (Signature of INS alien) 3-8-06 (Date)

Form I-220B (Rev. 4/1/97)N

T-620 P.002/003 F-818 21-Mar-06 10:36 From-

**U.S. Department of Justice**
Immigration and Naturalization Service

Continuation Page for Form: **I-220B**

| Alien's Name | File Number | Date |
| --- | --- | --- |
| Paulo Jorge Fonseca BARBOSA | A38 586 146 | 3/02/06 |

[redacted]

Paulo Barbosa
***Alien's Signature***

**Alien's Address**

95 Robinson ave
Pawtucket R.I 02861
(401) 725-7753

Alien's Telephone Number (if any)

**RIGHT INDEX PRINT**



**PERSONAL REPORT RECORD**

| DATE | OFFICER | COMMENT/CHANGES |
| --- | --- | --- |
| | | |

| Signature | Title |
| --- | --- |
| | |