UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

PAULO JORGE FONSECA BARBOSA,
Petitioner

    v.                                          C.A. No. 06-105T

BRUCE E. CHADBOURNE,
ET AL.,
Defendants

### SHOW CAUSE ORDER

On or before **April 20th, 2006**, Petitioner Barbosa is hereby ordered to show cause, in writing, why the case should not be dismissed without prejudice as moot. Failure to comply will result in dismissal of the case.

By Order,

_____
Deputy Clerk

ENTER:

_____
Ernest C. Torres
United States District Judge
Date: 4/4/06

FORMS/SHWCAUS2.ORD