**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

PAULO JORGE FONSECA BARBOSA,
Petitioner

v. C.A. No. 06-105T

BRUCE E. CHADBOURNE,
ET AL.,
Defendants

**SHOW CAUSE ORDER**

On or before **April 20th, 2006**, Petitioner Barbosa is hereby ordered to show cause, in writing, why the case should not be dismissed without prejudice as moot. Failure to comply will result in dismissal of the case.

By Order,

Deputy Clerk

ENTER:

Ernest C. Torres
United States District Judge
Date: 4/4/06
FORMS/SHWCAUS2.ORD