UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

PAULO JORGE FONSECA BARBOSA,
Petitioner

       v.                      CA No. 06-105T

BRUCE E. CHADBOURNE, ET AL.,
Respondent

## ORDER OF DISMISSAL

On March 24th, 2006 this Court was informed by Respondent, the United States of America, that the Petitioner had been release from custody under an Order of Supervision, which was acknowledged by petitioner on March 8th, 2006. Supporting documentation was supplied to the Court. On April 4th, 2006, the Court issued a Show Cause Order to the Petitioner ordering him to show cause in writing on or before April 20th, 2006 in writing, why the case should not be dismissed without prejudice as moot. To date, the Court has received no response to that Order and hereby dismisses the matter without prejudice as moot.

                                       By Order

                                       Deputy Clerk

ENTER:

Ernest C. Torres
Chief Judge

Date: 5/2, 2006